IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter<br>Lisa Pence, Probation Officer | Date: September 17, 2008 |

Criminal Action No.   07–cr–00275–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | James Boma |
| Plaintiff, | |
| v. | |
| 17.    BENERITO ABEL MARQUEZ, | Richard Banta |
| Defendant. | |

## SENTENCING MINUTES

**2:21 p.m.**     Court in session.

Court calls case and appearances.  Defendant is present in custody.

**Defendant pled guilty on June 5, 2008, to Count Two of the Superseding Indictment.**

Mitigation statement by Mr. Banta.

Statement by Defendant.

Statement by Mr. Boma.

Court's findings.

**ORDERED:   1.       No fine is imposed.**

**ORDERED: 2.** **The Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) (#797, filed August 11, 2008) is GRANTED.**

**ORDERED: 3.** **The Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines, and Title 18, United States Code, Section 3553(e) (#798, field August 11, 2008) is GRANTED.**

**ORDERED: 4.** **Defendant is imprisoned for a term of forty-eight months.**

The court recommends a facility in Colorado for service of sentence. The court further recommends that the defendant be considered for participation in the Residential Drug Abuse Program.

**ORDERED: 5.** **Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.**

**ORDERED: 6.** **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 7.** **Conditions of supervised release are:**

    **a.** **Defendant is to observe all of the standard conditions of supervised release.**

    **b.** **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.** **Defendant is not to illegally possess or use controlled substances.**

    **d.** **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    e. **Defendant is not to commit a federal, state, or local crime.**

    f. **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    g. **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

    h. **Defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. He shall pay all costs associated with this program.**

**ORDERED: 8.** **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 9.** **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:52 p.m.** Court in recess.

Hearing concluded.

Total time in court: 00:31